Eric ADAMS, Noel Leader, Kasun Jenkins, Vernon Wells, Joel Ottley, Mark Clarkson, and Julian Harper, individually and on behalf of 100 Blacks in Law Enforcement Who Care, Plaintiffs–Appellants,

v.

The CITY OF NEW YORK, John Doe Nos. 1 through 10 (identities unknown to plaintiffs but intended to describe those individuals employed by the City of New York who participated in the actions complained of in this action), and Verizon New York, Inc. f/k/a Bell Atlantic Nynex, Defendants–Appellees.

No. 03–7448.

United States Court of Appeals, Second Circuit.

Nov. 21, 2003.

K.C. Okoli, New York, NY, for Appellants.

Michael A. Cardozo, Corporation Counsel of the City of New York (Leonard Koerner, Edward F.X. Hart, on the brief), New York, NY, Martin Glenn, Abby F. Rudzin, O'Melveny & Myers LLP (Robert L. Ernest, Bernadette Miragliotta, Verizon New York Inc., on the brief), New York, NY, for Appellees.

Present: WALKER, Chief Judge, CALABRESI, and STRAUB, Circuit Judges.

## SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of said district court be and it hereby is AFFIRMED.

Plaintiffs-appellants appeal from the grant of a Rule 12(c) judgment on the pleadings in favor of the defendants City of New York and other unnamed police officials, and the grant of a Rule 12(b)(6) dismissal of claims against defendant Verizon in the district court of the Southern District of New York (Thomas P. Griesa, *District Judge*). We have carefully considered all of appellants' arguments and find them to be without merit.

For the reasons set forth above, the judgment of the district court is hereby AFFIRMED.